```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
INSTITUT FRANCAIS DU PETROLE,        :
                                     :
             Plaintiff,              :    09 Civ. 1379 (JSR)
                                     :
        -v-                          :    ORDER
                                     :
TEXACO DEVELOPMENT CORPORATION,      :
TEXACO INC., and CHEVRON CORPORATION,:
                                     :
             Defendants.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On July 10, 2009, plaintiff moved to dismiss Count III of defendants' counterclaims. Defendants did not file opposition papers. As stated from the bench today, see tr. 8/14/09, plaintiff's motion is granted as unopposed. The Clerk of the Court is directed to close entry number 30 on the docket for this case.

SO ORDERED.

Dated: New York, NY
       August 14, 2009                JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-18-09